IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTY MARCIANO BOONE,<br><br>    Debtor.<br><br>GENENTECH INC.,<br><br>    Garnishee. | No. 2:22-mc-0199 TLN DB<br><br>**FINDINGS AND RECOMMENDATIONS FOR FINAL ORDER OF CONTINUING GARNISHMENT** |

The undersigned, having reviewed its files and the United States of America's Request for Findings and Recommendations for Final Order of Continuing Garnishment, and good cause appearing, hereby recommends that the Court enter a Final Order of Continuing Garnishment.

Accordingly, IT IS RECOMMENDED that:

1. The United States' October 5, 2022 Request for Findings and Recommendations for Final Order of Continuing Garnishment (ECF No. 10) be GRANTED in its entirety;

2. Genentech Inc. be directed to pay the Clerk of the Court twenty-five percent (25%) of Debtor Marty Marciano Boone's ongoing and non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses;

3. Genentech Inc. be directed to pay the Clerk of the Court the amount of non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses, that the Writ of Continuing Garnishment required to be withheld beginning with any earnings owed to Debtor on the date Garnishee received the writ, June 29, 2022, within fifteen (15) days of the filing of the Final Order of Continuing Garnishment. Payment shall be made in the form of a cashier's check, money order, or company draft, made payable to the "Clerk of the Court," and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (2:16-CR-00020-TLN) shall be stated on the payment instrument;

4. The United States be entitled to recover a $187,167.95 litigation surcharge after satisfaction of the judgment amount owed by Debtor;

5. The Court retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

6. The garnishment terminate when the United States seeks to terminate the writ or when the judgment amount and litigation surcharge have been fully satisfied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 12, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\USvBoone0199.garn.f&rs

FINDINGS AND RECOMMENDATIONS FOR FINAL ORDER OF CONTINUING GARNISHMENT