UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARTY MARCIANO BOONE,<br><br>  Debtor.<br><br>GENENTECH INC.,<br><br>  Garnishee. | Case No. 2:22-MC-00199-TLN-DB<br><br>**FINAL ORDER OF CONTINUING GARNISHMENT**<br><br>Criminal Case No. 2:16-CR-00020-TLN |

On June 16, 2022, the United States filed an Application for Writ of Continuing Garnishment against twenty-five percent (25%) of Marty Marciano Boone's ("Debtor") non-exempt disposable earnings, and it requested to receive the statutorily authorized litigation surcharge.  (ECF No. 1.)  The Clerk of the Court issued the Writ and Clerk's Notice to Debtor.  (ECF No. 3.)  The United States served the Writ and related documents on Genentech Inc. ("Garnishee") and Debtor.  (ECF Nos. 4, 5.)

On September 13, 2022, Garnishee served its Acknowledgment of Service and Answer of Garnishee on Debtor and the United States ("Answer").  (ECF No. 9.)  In its Answer, Garnishee stated that Marty Marciano Boone is an employee of Garnishee and pays earnings to Debtor.  (*Id.*)

///

1

Debtor did not file a claim of exemption to the proposed garnishment or request a hearing, did not object to Garnishee's Answer, and did not otherwise object to the United States' garnishment action.

Pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302, on October 12, 2022, the magistrate judge issued findings and recommendations that recommended that the United States' request for final order of continuing garnishment (ECF No. 10) be granted and ordered that any objections were due within 14 days after service.  (ECF No. 11.)  The United States served the findings and recommendations on Debtor by FedEx overnight delivery on October 12, 2022.  (ECF No. 12.)  Debtor did not object to the findings and recommendations and the time to do so has passed.[1]

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case.  Having carefully reviewed the file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Findings and Recommendations for Final Order of Continuing Garnishment (ECF No. 11) is ADOPTED IN FULL and the Government's Request (ECF No. 10) is GRANTED;

2. Genentech Inc. is directed to pay the Clerk of the United States District Court twenty-five percent (25%) of Marty Marciano Boone's ongoing and non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses;

3. Genentech Inc. is directed to pay the Clerk of Court the amount of non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses, that the Writ of Continuing Garnishment required to be withheld beginning with any earnings owed to Debtor on the date Garnishee received the writ, June 29, 2022, within fifteen (15) days of the filing of this Final Order.

///

---

[1] Any objection to the Findings and Recommendations was due no later than October 27, 2022.  (ECF Nos. 11, 12.)  Further, any objection was required to be captioned "Objections to Magistrate Judge's Findings and Recommendations."  (ECF No. 11.)  On November 7, 2022, Debtor filed a document called "Affidavit of Fact: Writ of Rescission of Any and All Consent/Signatures to Any and All Contracts, Attorney(s), Driver's License, and/or Registration for Fraud, Duress, Menace, and Undue Influence" to which he attached an "Affidavit of Fact" Writ of Quo Warranto."  (ECF Nos. 13, 13-1.)  The documents contain no reference to the Magistrate Judge's Findings and Recommendations, do not state that they are Objections to Magistrate Judge's Findings and Recommendations and, in any event, were untimely filed.

Payment shall be made in the form of a cashier's check, money order, or company draft, made payable to the "Clerk of the Court," and delivered to:

>Office of the Clerk
>501 I St., Rm. 4-200
>Sacramento, CA 95814

The criminal docket number (2:16-CR-00020-TLN) shall be stated on the payment instrument;

 4. The United States is entitled to recover a $187,167.95 litigation surcharge after satisfaction of the judgment amount owed by Marty Marciano Boone;

 5. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

 6. The garnishment shall terminate when the United States seeks to terminate the writ or when the judgment amount and litigation surcharge have been fully satisfied.

IT IS SO ORDERED.

**DATED:  December 29, 2022**

            _____
            Troy L. Nunley
            United States District Judge